## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marva K Kidd

<u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 13-10535 amc

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its Mariners Atlantic Portfolio, LLC individual capacity, but solely as trustee for MFRA Trust 2014-1 and index same on the master mailing list.

Respectfully submitted,

**/s/Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734