United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-10535-amc
Marva K Kidd                                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: May 16, 2018
                              Form ID: 138NEW          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
```
db          +Marva K Kidd,    1745 Mohican Street,    Philadelphia, PA 19138-1115
cr          +BSI Financial Services, Inc.,    P.O. Box 517, 314 S. Franklin St.,    Titusville, PA 16354-0517
cr          +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr          +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
cr          +Wilmington Trust, National Association,    14841 Dallas Parkway, Suite 300,
              Dallas, TX 75254-7883
cr          +Wilmington Trust, National Association, not in its,    c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
12959737   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
            (address filed with court:   Americredit Financial Services, Inc.,    PO Box 183853,
              Arlington TX 76096)
12952886   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court:   Cap One,    Po Box 85520,    Richmond, VA 23285)
13125566    CitiMortgage Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
13125274    CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
12952887   +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
12952890   +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
12952891   +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13409333   +Mariners Atlantic Portfolio LLC,    c/o Richard M. Squire, Esq.,    One Jenkintown Station,
              115 West Ave., Ste. 104,    Jenkintown, PA 19046-2031
12952892   +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
12966992    Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
13085532    Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
12952897   +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
14066743   +Wilmington Trust NA,    Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Phila., PA 19106-1541
13543710   +Wilmington Trust, National Association,by,    Fay Servicing, LLC,
              939 W. North Avenue, Suite 680,    Chicago IL 60642-1231
12952900   +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:27      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA   19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:22:22
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA   17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:56      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: operations@marinerscompanies.com May 17 2018 02:21:45
              Mariners Atlantic Portfolio, LLC,    220 Newport Center,    Newport Beach, CA 92660-7506
12952883    +E-mail/Text: EBNProcessing@afni.com May 17 2018 02:22:38      Afni, Inc.,    Po Box 3427,
              Bloomington, IL 61702-3427
12959304     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2018 02:25:21
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK   73126-8941
12952885    +E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2018 02:25:20      Cach, Llc,
              4340 S Monaco St Unit 2,    Denver, CO 80237-3485
13053812    +E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:28
              City of Philadelphia, Law Department - Tax Unit,    Bankruptcy Group,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1640
12952888    +E-mail/Text: bankruptcy_notifications@ccsusa.com May 17 2018 02:23:53      Credit Coll,
              Po Box 9134,    Needham, MA 02494-9134
12952889    +E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 02:18:23      Gecrb/Walmart,    Po Box 965024,
              Orlando, FL 32896-5024
13048130     E-mail/Text: JCAP_BNC_Notices@jcap.com May 17 2018 02:22:46      Jefferson Capital Systems LLC,
              PO BOX 7999,    SAINT CLOUD MN 56302-9617
13370753    +E-mail/Text: operations@marinerscompanies.com May 17 2018 02:21:45
              Mariners Atlantic Portfolio, LLC,    c/o BSI Financial Services,    314 S. Franklin Street,
              Titusville, PA 16354-2168
12952894    +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2018 02:22:28      Midland Funding,
              8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13046528     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 02:17:45
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12952896    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2018 02:21:32
              Verizon Pen,    500 Technology Dr Suite 300,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIMORTGAGE, INC.
```

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: May 16, 2018
                              Form ID: 138NEW          Total Noticed: 36

cr*            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court:   AmeriCredit Financial Services, Inc.,   PO Box 183853,
                Arlington, TX   76096)
12952884*      +Afni, Inc.,   Po Box 3427,   Bloomington, IL 61702-3427
12952893*      +Medical Data Systems I,   645 Walnut St Ste 5,   Gadsden, AL 35901-4173
12952895*      +Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
12952898*      +Wff Cards,   3201 N 4th Ave,   Sioux Falls, SD 57104-0700
12952899*      +Wff Cards,   3201 N 4th Ave,   Sioux Falls, SD 57104-0700
                                                                                       TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2014-1, by Fay Servicing, LLC, its
               servicing agent debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Trust, National Association
               debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Marva K Kidd dmo160west@gmail.com,   davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
               Mariners Atlantic Portfolio, LLC individual capacity, but solely as trustee for MFRA Trust
               2014-1 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-1 bkyefile@rasflaw.com
              KEVIN P. DISKIN    on behalf of Creditor    Mariners Atlantic Portfolio, LLC lcolwell@squirelaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               Mariners Atlantic Portfolio, LLC individual capacity, but solely as trustee for MFRA Trust
               2014-1 bkgroup@kmllawgroup.com
              RICHARD M SQUIRE    on behalf of Creditor    Mariners Atlantic Portfolio, LLC rsquire@squirelaw.com,
               lcolwell@squirelaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Marva K Kidd
    Debtor(s)                                  Bankruptcy No: 13−10535−amc
                                                           Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                          For The Court

                                          Timothy B. McGrath
                                          Clerk of Court

Dated: 5/16/18

                                                                                              68 − 67
                                                                     Form 138_new