United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marva K Kidd  
     Debtor

Case No. 13-10535-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jun 22, 2018  
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.  
db            +Marva K Kidd,    1745 Mohican Street,    Philadelphia, PA 19138-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:

        DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-1, by Fay Servicing, LLC, its servicing agent debersole@hoflawgroup.com,    bbleming@hoflawgroup.com  
        DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Trust, National Association debersole@hoflawgroup.com,    bbleming@hoflawgroup.com  
        DAVID M. OFFEN    on behalf of Debtor Marva K Kidd dmo160west@gmail.com,    davidoffenecf@gmail.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its Mariners Atlantic Portfolio, LLC individual capacity, but solely as trustee for MFRA Trust 2014-1 bkgroup@kmllawgroup.com  
        KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-1 bkyefile@rasflaw.com  
        KEVIN P. DISKIN    on behalf of Creditor    Mariners Atlantic Portfolio, LLC lcolwell@squirelaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its Mariners Atlantic Portfolio, LLC individual capacity, but solely as trustee for MFRA Trust 2014-1 bkgroup@kmllawgroup.com  
        RICHARD M SQUIRE    on behalf of Creditor    Mariners Atlantic Portfolio, LLC rsquire@squirelaw.com, lcolwell@squirelaw.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                            TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Marva K Kidd  : Case No. 13−10535−amc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 22, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

71
Form 195